IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

SHANNON EASTER                                                              PLAINTIFF

VERSUS                                                    CIVIL ACTION NO.: 20-187

JACKSON STATE UNIVERSITY                                                   DEFENDANT

JURY TRIAL DEMANDED

## COMPLAINT

This is an action to recover actual and punitive damages for discrimination in violation of the Title VII of the Civil Rights Act of 1964 and sex discrimination. The following facts support the action:

1.

Plaintiff, Shannon Easter, is an adult resident citizen of Madison County, Mississippi who may be contacted through undersigned Counsel.

2.

Defendant, Jackson State University is a Mississippi University organized under the laws of the State of Mississippi who may be served with process through the Attorney General at 550 High Street, Jackson Mississippi 39201.

3.

This court has concurrent jurisdiction under 28 U.S.C. § 1331 and civil rights jurisdiction under 28 § 1343, for a cause of action arising under the Title VII of the Civil Rights Act of 1964,

Page 1 of 4

# EXHIBIT A

as amended by the Civil Rights Act of 1991. Venue is proper, because Defendant's employed in Plaintiff in Jackson, Mississippi.

4.

Plaintiff has filed an EEOC charge attached hereto as Exhibit "A" and has received a Right-to-Sue letter attached hereto as Exhibit "B".

5.

Plaintiff was employed by the Defendant and did an excellent job.

6.

While working for the Defendant, Plaintiff first complained about being sexually harassed in October of 2014 by a male co-worker, Doug Stringfellow. Plaintiff complained to human resources and her department head, but the situation never changed.

7.

In March/April of 2018 Plaintiff began to complain again about being sexually harassed because her harasser was moved into an office right next to her and the harassment got worse. Plaintiff told human resources and her supervisor that Plaintiff wanted to speak to the EEOC office on campus, and shortly thereafter she was terminated, even though Plaintiff had an excellent work evaluation history. The only reason for Plaintiff's termination was her complaints of sexual harassment.

8.

Plaintiff reached out to human resources in hopes that her job could be saved, and the harassment ended, but the Defendant simply brushed the issues aside and retaliated against the Plaintiff.

9.

Case 3:20-cv-00366-DPJ-FKB   Document 1-1   Filed 05/28/20   Page 3 of 8
Case: 25CI1:20-cv-00182-TTG   Document #: 2   Filed: 03/20/2020   Page 3 of 6

The actions and omissions of the Defendant, as complained of herein, created and fostered a hostile work environment because of Plaintiff's sex in violation of Title VII. In addition, Defendants have conspired to deprive Plaintiff of her rights and employment, inflicting emotional distress upon Plaintiff, because Plaintiff is a woman, in violation of 42 U.S.C. § 1981 and the 14th Amendment.

10.

The acts and omissions of the Defendant was in violation of Title VII. Plaintiff lost her employment because the Defendant took no action on any complaints related to the male coworker. Plaintiff was discharged for complaining about sexual harassment.

11.

Plaintiff is entitled to actual damages for mental anxiety and stress and lost income. Defendant's actions are outrageous such that punitive damages are due. Plaintiff seeks damages for lost income, and mental stress and anxiety against the Defendants for:

A.  Sex discrimination and Sexual harassment under Title VII and 42 U.S.C. 1981

### PRAYER FOR RELIEF

Plaintiff prays for actual, compensatory, special, and punitive damages in the amount to be determined by a jury, reinstatement and for reasonable attorney's fees.

THIS the 11 day of March, 2020.

Respectfully submitted,

SHANNON EASTER,
PLAINTIFF

_____
DANIEL M. WAIDE, MSB #103543

Page 3 of 4

Daniel M Waide, MS Bar #103543
Johnson, Ratliff & Waide, PLLC
1300 Hardy Street
Hattiesburg, MS 39401
T: (601) 582-4553
F: (601) 582-4556
dwaide@jhrlaw.net

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ___ FEPA<br>_X_ EEOC | |

_____ and EEOC
State or local Agency, if any

| Name (indicate Mr. Ms. Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Shannon Easter | 662-607-1631 | XXXXXXXXXX |

Street Address: 711 Lake Harbour Drive, Ridgeland, MS 39157
City, State and ZIP Code

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Jackson State University | 15 + | 601-979-2121 |

Street Address: 1400 John R. Lynch Street, Jackson, MS 39217

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

Street Address: 

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

___ RACE  ___ COLOR  _x_ SEX  ___ RELIGION  ___ NATIONAL ORIGIN
_x_ RETALIATION  ___ AGE  ___ DISABILITY  ___ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest        Latest
October 2014 – August 2018

___ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attached extra sheet(s)):

I want the EEOC to investigate my claims of gender discrimination under Title VII. I was terminated, at least in part, because I complained about being sexually harassed by a male co-worker. I first complained about being sexually harassed in October of 2014 by a male co-worker, Doug Stringfellow. I complained to human resources and my department head. Things never really changed. In March/April of 2018 I began to complain again about being sexually harassed because my harasser was moved into an office right next to me and the harassment got worse. I told human resources and my supervisor that I wanted to speak to the EEOC office on campus, and shortly thereafter I was terminated, even though I had an impeccable work evaluation history. The only possible reason for my termination was my complaints of sexual harassment.

I would like the EEOC to investigate my charges because my termination was based in part on my gender and my complaints of sexual harassment.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – When necessary for State and Local Agency Requirements

I declare under penalty of perjury that the above is true and correct.

Date _____  Charging Party Signature [signature]

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT
[signature: Shannon R. Easter]

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EXHIBIT
A



CERTIFIED MAIL
7018 1830 0000 1244 7686

U.S. Department of Justice
Civil Rights Division
NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

950 Pennsylvania Avenue, N.W.
Karen Ferguson, EMP, PHB, Room 4701
Washington, DC 20530

December 18, 2019

Ms. Shannon L. Easter
c/o Daniel M. Waide, Esquire
Attorney at Law
Great Southern National Bank
1300 Hardy Street, 2nd Floor
Hattiesburg, MS 39401

Re: EEOC Charge Against Jackson State University
    No. 423201802508

Dear Ms. Easter:

Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

The investigative file pertaining to your case is located in the EEOC Jackson Area Office, Jackson, MS.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

Eric S. Dreiband
Assistant Attorney General
Civil Rights Division

by Karen L. Ferguson
Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

cc: Jackson Area Office, EEOC
    Jackson State University

EXHIBIT
B

**COVER SHEET**
**Civil Case Filing Form**
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court
Administrative Office of Courts
Form AOC/01 (Revised 1/1/2001)

Court Identification Docket Number: 25 I C I
Month/Date/Year: 03 20 20
Case Year: 2020
Docket Number: 182

IN THE CIRCUIT COURT OF HINDS COUNTY

Short Style of Case: Shannon Easter v. Jackson State University
Party Filing Initial Pleading: Daniel M. Waide
MS Bar No. 103543

PLAINTIFF
Individual: Last Name — Easter; First Name — Shannon; Middle Init. — A.

DEFENDANT
Business: Jackson State University

Nature of suit (checked): Employment (Business/Commercial)

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

**SHANNON EASTER**              **PLAINTIFF**

**V.**             CIVIL ACTION NO.: 20-187

**JACKSON STATE UNIVERSITY**          **DEFENDANT**

**SUMMONS**

**THE STATE OF MISSISSIPPI**
**COUNTY OF HINDS**

TO:  Jackson State University
c/o Attorney General
550 High Street
Jackson, MS 39201

**THE COMPLAINT, WHICH IS ATTACHED TO THIS SUMMONS, IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand deliver a copy of a written response to the Complaint to <u>Daniel M. Waide</u>, P.O. Box 17738, Hattiesburg, MS 30404, attorney for the Plaintiffs. Your response to the Complaint must be mailed or delivered within 30 days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the money or other things demanded in the Complaint. You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and seal of said Court, this 20 day of March, 2020.

Zack Wallace,
HINDS COUNTY CIRCUIT CLERK

By: _Rona/dolly_ D.C.

Daniel M. Waide, (MSB#103343)
1300 HARDY ST.
PO BOX 17738
HATTIESBURG, MS 39404
601-582-4553 (OFFICE)
601-582-4556 (FAX)
dwaide@jhrlaw.net